**Wilma Schulz, Plaintiff-Appellee, v. Frederick J. Schulz, Defendant-Appellant.**

**Gen. No. 11,639.**

Second District, First Division.
January 18, 1963.
Rehearing denied February 1, 1963.

Seymour J. Kurtz, of Chicago, for appellant; Erlenborn, Bauer & Hotte, and Peter W. Ernst, of Elmhurst, for appellee. Opinion by JUDGE SMITH. Not to be published in full.